UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Morton, James T., III § Case No. 1-15-03759
   Morton, Christina A. §
              §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 31, 2015. The undersigned trustee was appointed on September 10, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $ 1,439,463.56

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 944,905.98 |
| Administrative expenses | 371,475.92 |
| Bank service fees | 8,111.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 11,647.50 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 103,322.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/18/2016 and the deadline for filing governmental claims was 02/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,657.39, for a total compensation of $18,657.39.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/03/2019     By: /s/Steven M. Carr
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-03759  **Trustee:** (580390) Steven M. Carr
**Case Name:** Morton, James T., III  **Filed (f) or Converted (c):** 09/04/15 (c)
Morton, Christina A.  **§341(a) Meeting Date:** 10/21/15
**Period Ending:** 04/03/19  **Claims Bar Date:** 03/18/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  REAL ESTATE - 2782 Meadow Cross Way, York, PA | 368,000.00 | 0.00 | | 0.00 | FA |
| 2  REAL ESTATE - 215 St. Charles Way, York, PA | 1,150,000.00 | 0.00 | | 1,185,463.56 | FA |
| 3  CASH ON HAND | 150.00 | 0.00 | | 0.00 | FA |
| 4  BANK ACCOUNTS - Metro Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  BANK ACCOUNTS - Santander Bank | 5.00 | 0.00 | | 0.00 | FA |
| 6  BANK ACCOUNTS - Fulton Bank | 7.00 | 0.00 | | 0.00 | FA |
| 7  HOUSEHOLD GOODS AND FURNISHINGS | 12,358.00 | 0.00 | | 0.00 | FA |
| 8  WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 9  MASS MUTUAL 401K | 48,535.69 | 0.00 | | 0.00 | FA |
| 10  50% Principia Ventures/Highland Holding Group | 112,000.00 | 100,352.50 | | 225,000.00 | FA |
| 11  Children First Learning Center, Inc. | 150,000.00 | 138,359.50 | | 0.00 | FA |
| 12  Registered Nursing License | 100.00 | 0.00 | | 0.00 | FA |
| 13  AUTOMOBILES - 2008 Van | 6,815.00 | 0.00 | | 0.00 | FA |
| 14  AUTOMOBILES - 2008 KIA Optima | 3,119.00 | 0.00 | | 0.00 | FA |
| 15  AUTOMOBILES - 2011 Ford Edge | 9,172.00 | 0.00 | | 0.00 | FA |
| 16  Claim v. Principia Venture, LLC | Unknown | Unknown | | 0.00 | FA |
| 17  DISTRIBUTION FROM CORPORATION (u) | 0.00 | 29,000.00 | | 29,000.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$1,862,761.69** | **$267,712.00** | | **$1,439,463.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2016       **Current Projected Date Of Final Report (TFR):**   March 13, 2019  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 1-15-03759 | | Trustee: | Steven M. Carr (580390) |
|---|---|---|---|---|
| Case Name: | Morton, James T., III | | Bank Name: | Rabobank, N.A. |
| | Morton, Christina A. | | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***8887 | | Blanket Bond: | $6,379,891.00 (per case limit) |
| Period Ending: | 04/03/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/17/16 | | Smigel, Anderson & Sacks, LLP | | | | 25,000.00 | | 25,000.00 |
| | {2} | | | 1,156,762.56 | 1110-000 | | | 25,000.00 |
| | | | York Traditions - 1st mortgage | -537,301.23 | 4110-000 | | | 25,000.00 |
| | | | Mid Atlantic - 2nd, 3rd & 4th mortgage | -361,000.00 | 4110-000 | | | 25,000.00 |
| | | | The Columbia Bank - 5th mortgage | -3,620.19 | 4110-000 | | | 25,000.00 |
| | | | sewer | -92.68 | 2500-000 | | | 25,000.00 |
| | | | state tax/stamps | -11,500.00 | 2500-000 | | | 25,000.00 |
| | | | notary fees | -10.00 | 2500-000 | | | 25,000.00 |
| | | | tax certification fees | -40.00 | 2500-000 | | | 25,000.00 |
| | | | sewer 11/15 to 1/16 | -213.90 | 2500-000 | | | 25,000.00 |
| | | | York County Tax Clam Bureau - taxes | -39,300.49 | 4700-000 | | | 25,000.00 |
| | | | Kay A. Crumling, Treasurer - taxes | -3,684.07 | 4700-000 | | | 25,000.00 |
| | | | Excrow tax account | -175,000.00 | 2820-000 | | | 25,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.53 | 24,984.47 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.64 | 24,949.83 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.59 | 24,915.24 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.31 | 24,875.93 |
| 07/28/16 | {10} | York Traditions | sales proceeds | | 1129-000 | 225,000.00 | | 249,875.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.49 | 249,841.44 |
| 08/03/16 | 101 | James & Christina Morton | debtor's exemption | | 8100-002 | | 11,647.50 | 238,193.94 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 385.30 | 237,808.64 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 341.11 | 237,467.53 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 329.27 | 237,138.26 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 362.86 | 236,775.40 |
| 12/22/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #1-15-03759, Bond #016026361 | | 2300-000 | | 88.15 | 236,687.25 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 339.62 | 236,347.63 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 362.55 | 235,985.08 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 316.80 | 235,668.28 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 350.27 | 235,318.01 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 315.90 | 235,002.11 |

Subtotals: $250,000.00 $14,997.89

{} Asset reference(s)        Printed: 04/03/2019 10:33 AM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-03759  
**Case Name:** Morton, James T., III  
Morton, Christina A.  
**Taxpayer ID #:** \*\*-\*\*\*8887  
**Period Ending:** 04/03/19

**Trustee:** Steven M. Carr (580390)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3566 - Checking Account  
**Blanket Bond:** $6,379,891.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.81 | 234,630.30 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.47 | 234,292.83 |
| 07/11/17 | {2} | Shapiro Sher Guinot & Sandler | payment from tax escrow | 1110-000 | 28,701.00 | | 262,993.83 |
| 07/18/17 | {17} | Smigel, Anderson & Sacks | turnover of distribution from corporation | 1229-000 | 29,000.00 | | 291,993.83 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 360.29 | 291,633.54 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.45 | 291,172.09 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 404.84 | 290,767.25 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 446.10 | 290,321.15 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.58 | 289,903.57 |
| 12/28/17 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2017 FOR CASE #1-15-03759, Bond #016026361 | 2300-000 | | 54.98 | 289,848.59 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.08 | 289,445.51 |
| 01/18/18 | 104 | Department of the Treasury | James T. Morton, III EIN 30-6518887 2016 Form 1041 | 2810-000 | | 123,535.74 | 165,909.77 |
| 01/18/18 | 105 | Department of the Treasury | Christina A. Morton EIN 82-6125353 2016 Form 1041 | 2810-000 | | 15,950.33 | 149,959.44 |
| 01/18/18 | 106 | PA Department of Revenue | James T. Morton, III EIN 30-6518887 Form 2016 PA41 | 2820-000 | | 12,962.43 | 136,997.01 |
| 01/18/18 | 107 | PA Department of Revenue | Christina A. Morton EIN 82-6125353 Form 2016 PA41 | 2820-000 | | 5,546.52 | 131,450.49 |
| 01/18/18 | 108 | Baker Tilly Vichow Krause LLP | accountants fees | 3410-000 | | 21,780.36 | 109,670.13 |
| 01/18/18 | 109 | Mid-Atlantic Federal Credit Union | costs & expenses of preserving the estate U.S.C. section 503(b) | 2990-000 | | 4,667.22 | 105,002.91 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 415.53 | 104,587.38 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.40 | 104,446.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.23 | 104,296.75 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.01 | 104,151.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.79 | 103,986.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.58 | 103,842.37 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.31 | 103,683.06 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.10 | 103,528.96 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.41 | 103,449.55 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.52 | 103,356.03 |
| 01/03/19 | 110 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #1-15-03759, Bond #016026361 | 2300-000 | | 33.61 | 103,322.42 |

Subtotals: $57,701.00   $189,380.69

{} Asset reference(s)   Printed: 04/03/2019 10:33 AM   V.14.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-03759  
**Case Name:** Morton, James T., III  
Morton, Christina A.  
**Taxpayer ID #:** **-***8887  
**Period Ending:** 04/03/19

**Trustee:** Steven M. Carr (580390)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $6,379,891.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 307,701.00 | 204,378.58 | $103,322.42 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 307,701.00 | 204,378.58 | |
| | | | Less: Payments to Debtors | | | 11,647.50 | |
| | | | **NET Receipts / Disbursements** | | **$307,701.00** | **$192,731.08** | |

|  |  |
|---:|---:|
| Net Receipts : | 307,701.00 |
| Plus Gross Adjustments : | 1,131,762.56 |
| Less Payments to Debtor : | 11,647.50 |
| Net Estate : | $1,427,816.06 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******3566** | 307,701.00 | 192,731.08 | 103,322.42 |
| | $307,701.00 | $192,731.08 | $103,322.42 |

# Exhibit C - Claims Register

### Case: 1-15-03759    Morton, James T., III

Claims Bar Date: 03/18/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Department of Treasury<br>Internal Revenue Service<br><br>Cincinnati, OH 45990<br><2810-00  Income Taxes - Internal Revenue Service (post-petition)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative Claim James Morton - 2016 Form 1044 | $186,442.00<br>$173,926.04 | $123,535.74 | $50,390.30 |
| | Steven M. Carr, Trustee<br><2100-00  Trustee Compensation>,  200 | Admin Ch. 7<br>09/04/15 | | $20,000.00<br>$18,657.39 | $0.00 | $18,657.39 |
| | Department of Treasury<br>Internal Revenue Service<br><br>Cincinnati, OH 4599<br><2810-00  Income Taxes - Internal Revenue Service (post-petition)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative Claim Christina Morton - 2016 Form 1044 | $19,788.00<br>$18,459.62 | $15,950.33 | $2,509.29 |
| | PA Department of Revenue<br>Bureau of Imaging & Document Mgmt.<br>P.O. Box 280413<br>Harrisburg, PA 17128-0413<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative Claim James Morton - 2016 Form PA41 | $20,830.00<br>$19,431.67 | $12,962.43 | $6,469.24 |
| | PA Department of Revenue<br>Bureau of Imaging & Document Mgmt.<br>P.O. Box 280413<br>Harrisburg, PA 17128-0413<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative Claim Christina Morton - 2016 Form PA 41 | $8,913.00<br>$8,314.66 | $5,546.52 | $2,768.14 |
| | Baker Tilly Vichow Krause, LLP<br>221 W. Philadelphia Street, Suite 200<br><br>York, PA 17401<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative claim - see docket #102 | $35,000.00<br>$32,650.43 | $21,780.36 | $10,870.07 |
| | Mid-Atlantic Federal Credit Union<br>c/o Scott W. Foley, Esquire<br>250 West Pratt Street, Suite 2000<br>Baltimore, MD 21201-3147<br><2990-00  Other Chapter 7 Administrative Expenses>,  200 | Admin Ch. 7<br>09/04/15 | Administrative claim (per Order dated 12/28/17 - docket #103) | $7,500.00<br>$6,996.52 | $4,667.22 | $2,329.30 |
| | Cunningham , Chernicoff &<br>Warshawsky, PC<br>2320 North 2nd Street<br><br>Harrisburg, PA 17110<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>09/04/15 | Administrative fee - see docket #105 & #106 | $5,000.00<br>$4,664.35 | $0.00 | $4,664.35 |

# Exhibit C - Claims Register

### Case: 1-15-03759　Morton, James T., III

Claims Bar Date: 03/18/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products, Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/14/15 | unsecured claim | $10,406.19<br>$10,406.19 | $0.00 | $10,406.19 |
| 2 | Sysco Baltimore, LLC<br>c/o John L. Friedman, Esquire<br>1101 Saint Paul Street Suite 402<br>Baltimore, MD 21202<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/17/15 | unsecured claim | $13,502.20<br>$13,502.20 | $0.00 | $13,502.20 |
| 3 | Bank of America<br>NC-001-07-06 Attn: Robert Reardon<br>101 North Tryon Street<br>Charlotte, NC 28255-0001<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/23/15 | unsecured claim | $41,867.69<br>$41,867.69 | $0.00 | $41,867.69 |
| 4A | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946<br><5800-00　Claims of Governmental Units>, 570 | Priority<br>09/24/15 | priority claim | $5,735.25<br>$5,735.25 | $0.00 | $5,735.25 |
| 4B | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/24/15 | unsecured claim | $2,006.02<br>$2,006.02 | $0.00 | $2,006.02 |
| 5 | The Columbia Bank<br>c/o David S. Musgrave, Esquire<br>233 East Redwood Street<br>Baltimore, MD 21202<br><4110-00　Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>10/02/15 | secured claim - $0 | $88,238.33<br>$0.00 | $0.00 | $0.00 |
| 6 | Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/20/15 | unsecured claim | $2,985.04<br>$2,985.04 | $0.00 | $2,985.04 |
| 7 | Mid-Atlantic Federal Credit Union<br>c/o Joseph A. Pulver, Esquire<br>250 W. Pratte Street, 20th Floor<br>Baltimore, MD 21201<br><4110-00　Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>11/11/15 | $0 secured paid at settlement | $1,816,500.82<br>$0.00 | $0.00 | $0.00 |

# Exhibit C - Claims Register

**Case:** 1-15-03759    Morton, James T., III

Claims Bar Date:    03/18/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Mid-Atlantic Federal Credit Union<br>c/o Joseph A. Pulver, Esquire<br>250 W. Pratt Street, 20th Floor<br>Baltimore, MD 21201<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/11/15 | $0 secured claim paid at settlement | $1,566,320.92<br>$0.00 | $0.00 | $0.00 |
| 9 | Mid-Atlantic Financial Partner, LLC<br>c/o Joseph A. Pulver, Esquire<br>250 W. Pratt Street, 20th Floor<br>Baltimore, MD 21201<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/11/15 | $0 secured claim paid at settlement | $586,569.85<br>$0.00 | $0.00 | $0.00 |
| 10 | Donald Macdougal<br>2006 Warfield Drive<br>Lancaster, PA 17601<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/22/15 | unsecured claim | $3,000.00<br>$3,000.00 | $0.00 | $3,000.00 |
| 11 | York County Tax Claim Bureau<br>28 East Market Street<br>Room 110<br>York, PA 17401<br><4700-00   Real Property Tax Liens (pre-petition)>,  100 | Secured<br>12/28/15 | secured - $0 (paid at settlement) | $20,403.36<br>$0.00 | $0.00 | $0.00 |
| 12 | TD Bank<br>c/o Jefferson Capital Systems LLC<br>P.O. Box 7999<br>Saint Cloud, MN 56302<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/31/15 | unsecured claim | $1,964.60<br>$1,964.60 | $0.00 | $1,964.60 |
| 13 | PYOD, LLC successors/assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/04/16 | unsecured claim | $3,401.15<br>$3,401.15 | $0.00 | $3,401.15 |
| 14 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/04/16 | unsecured claim | $12,381.35<br>$12,381.35 | $0.00 | $12,381.35 |
| 15 | Baker Tilly Virchow Krause, LLP<br>235 St. Charles Way, Suite 250<br>York, PA 17402<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/14/16 | unsecured claim - $0 (withdrawn) | $3,000.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C - Claims Register

## Case: 1-15-03759　Morton, James T., III

Claims Bar Date: 03/18/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/25/16 | unsecured claim | $29,073.66<br>$29,073.66 | $0.00 | $29,073.66 |
| 17 | World's Foremost Bank<br>Cabela's Club Visa<br>P.O. Box 82609<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/01/16 | unsecured claim | $6,205.01<br>$6,205.01 | $0.00 | $6,205.01 |
| 18 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br><br>Norfolk, VA 23541<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/18/16 | unsecured claim | $2,682.56<br>$2,682.56 | $0.00 | $2,682.56 |
| 19A | Bennet Williams, Inc.<br>c/o Chad A. Stine, President<br>3528 Concord Road<br>York, PA 17402<br><2500-00　Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>, 200 | Admin Ch. 7<br>05/19/16 | Admin Chapter 7 claim - see docket entry #83 | $5,000.00<br>$4,664.35 | $0.00 | $4,664.35 |
| 19B | Bennet Williams, Inc.<br>Chad A. Stine, President<br>3528 Concord Road<br>York, PA 17402<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/19/16 | unsecured claim - see docket entry #83 | $64,000.00<br>$64,000.00 | $0.00 | $64,000.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case Total:**　　$184,442.60　　$302,533.15

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1-15-03759
Case Name: Morton, James T., III
Trustee Name: Steven M. Carr

**Balance on hand:** $ 103,322.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 103,322.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Steven M. Carr, Trustee | 18,657.39 | 0.00 | 18,657.39 |
| Attorney for Trustee, Fees - Cunningham, Chernicoff & Warshawsky, PC | 4,664.35 | 0.00 | 4,664.35 |
| Accountant for Trustee, Fees - Baker Tilly Vichow Krause, LLP | 32,650.43 | 21,780.36 | 10,870.07 |
| Other Expenses: Bennet Williams, Inc. | 4,664.35 | 0.00 | 4,664.35 |
| Other Expenses: Department of Treasury | 192,385.66 | 139,486.07 | 52,899.58 |
| Other Expenses: Mid-Atlantic Federal Credit Union | 6,996.52 | 4,667.22 | 2,329.30 |
| Other Expenses: PA Department of Revenue | 27,746.33 | 18,508.95 | 9,237.38 |

Total to be paid for chapter 7 administration expenses: $ 103,322.42
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,735.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | PA Department of Revenue | 5,735.25 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,475.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,406.19 | 0.00 | 0.00 |
| 2 | Sysco Baltimore, LLC | 13,502.20 | 0.00 | 0.00 |
| 3 | Bank of America | 41,867.69 | 0.00 | 0.00 |
| 4B | PA Department of Revenue | 2,006.02 | 0.00 | 0.00 |
| 6 | Santander Bank, N.A. | 2,985.04 | 0.00 | 0.00 |
| 10 | Donald Macdougal | 3,000.00 | 0.00 | 0.00 |
| 12 | TD Bank | 1,964.60 | 0.00 | 0.00 |
| 13 | PYOD, LLC successors/assignee of Citibank | 3,401.15 | 0.00 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | 12,381.35 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 29,073.66 | 0.00 | 0.00 |
| 17 | World's Foremost Bank | 6,205.01 | 0.00 | 0.00 |
| 18 | Portfolio Recovery Associates, LLC | 2,682.56 | 0.00 | 0.00 |
| 19B | Bennet Williams, Inc. | 64,000.00 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00